WILLIAM McCARTHY, Plaintiff, v. WILLIAM F. MILLER et al., Appellants et al., Defendants.— Application for a stay of an examination before trial. Application denied, with $10 costs to plaintiff and against the defendants Miller and Golden. The examination may proceed in accordance with the order appealed from upon three days' notice to adverse parties. The stay contained in the order to show cause is hereby vacated. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

ELAR DEVELOPMENT CO., INC., Appellant, v. COUNTY OF SULLIVAN et al., Defendants, and ROSE SILVERSTEIN et al., Respondents.— Motion for reargument denied, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 279 App. Div 949, 1101.]

In the Matter of the Claim of MAX MATTES, Respondent, against GERTRUDE BLUM et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Decision of this court, handed down November 17, 1952 (280 App. Div. 1006), amended to allow the appellant insurance carrier necessary printing disbursements. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

In the Matter of the Claim of ANASTASIA DOBROWOLSKY, Respondent, against LOCKHEED AIRCRAFT SERVICE, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 280 App. Div. 906.]

SAMUEL BAZAR, Respondent, v. GREAT AMERICAN INDEMNITY COMPANY, Appellant.— Motion for reargument or in the alternative for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 280 App. Div. 1014.]